No. 85–1481. IOWA EX REL. MILLER, ATTORNEY GENERAL OF IOWA, ET AL. *v.* LYNG, SECRETARY OF AGRICULTURE, ET AL.; and

No. 85–1818. LYNG, SECRETARY OF AGRICULTURE, ET AL. *v.* IOWA EX REL. MILLER, ATTORNEY GENERAL OF IOWA, ET AL. C. A. 8th Cir. Certiorari denied. JUSTICE WHITE and JUSTICE BLACKMUN would grant certiorari. JUSTICE O'CONNOR took no part in the consideration or decision of these petitions.